ACCEPTED
03-14-00621-CV
5028711
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/24/2015 3:51:47 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00621CV

| IN THE COURT OF APPEALS | FILED IN |
|---|---|
| THE THIRD DISTRICT OF TEXAS | 3rd COURT OF APPEALS AUSTIN, TEXAS |
| AUSTIN, TEXAS | 4/24/2015 3:51:47 PM |
| | JEFFREY D. KYLE Clerk |

FRANK SELIGER,

Appellant

## V.

THE ETHIOPIAN EVANGELICAL CHURCH,

Appellee.

Appeal from the County Court at Law Number One
Travis County, Texas
Trial Court Case No. C-1-CV-14-005819
Hon. David Phillips, presiding

## APPELLEE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW APPELLEE, ETHIOPIAN EVANGELICAL CHURCH, who files

this Motion for Extension of Time to File its Appeal Brief and respectfully shows

the following:

1. Appellee's deadline to file its Appeal Brief is April 24, 2015.

2. Part of the practice of Appellee's counsel involves a foreclosure prevention program and the prevention of evictions. Counsel for Appellee is presently dealing with an emergency situation concerning clients who are facing immediate eviction from their homes and, next week, counsel for Appellee will be working to prevent foreclosures for clients who are scheduled to have their homes sold due to foreclosure proceedings on May 5, 2015. For these reasons, counsel for Appellee is in need of additional time to complete and file the Appellee's Appeal Brief.

3. Appellee requests a two-week extension of time on which to file its Appeal Brief to May 8, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellee prays this Court grant its Motion for Extension of Time to File its Appeal Brief and extend its deadline to file same to May 8, 2015.

Respectfully submitted,

By: /s/ James Minerve

_____

James Minerve
State Bar No. 24008692
115 Saddle Blanket Trail
Buda, Texas 78610
(210) 336-5867
(888) 230-6397 (Fax)
jgminerve@aol.com
jgm@minervelaw.com
Attorney for Appellee

## CERTIFICATE OF CONFERENCE

On April 24, 2015, the undersigned counsel for Appellee conferred with pro se Appellant, Frank Seliger, concerning the foregoing Motion and Mr. Seliger stated that he is not opposed to this Motion.  See Exhibit A.


/s/ James Minerve

_____

James Minerve

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2015 a true and correct copy of the above and foregoing document was sent via Efile.txcourts.gov electronic filing notification system and via e-mail to the parties of record listed below:

Appellant Pro Se: Frank Seliger
2108 East Yager Lane
Austin, Texas 78754
E-mail: digitalfranks@att.net


/s/ James Minerve

_____

James Minerve